United States District Court
For the Northern District of California

1
2
3
4
5                          IN THE UNITED STATES DISTRICT COURT
6
7                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    ATLANTIC RECORDING CORPORATION, a          No. C 06-00407 WHA
     Delaware corporation, INTERSCOPE
10   RECORDS, a California general partnership,
     CAPITAL RECORDS, INC., a Delaware
11   corporation, ARISTA RECORDS LLC, a         **ORDER GRANTING**
     Delaware limited liability company, and UMG **EX PARTE REQUEST TO**
12   RECORDINGS, INC., a Delaware corporation,   **EXTEND TIME TO SERVE**
                                                 **DEFENDANT AND TO**
13                 Plaintiffs,                   **CONTINUE CASE**
                                                 **MANAGEMENT**
14        v.                                     **CONFERENCE**
15   AMY JOHNSON,
16                 Defendant.
17   _____/
18        The Court hereby **GRANTS** a continuance for plaintiffs to serve defendant in this matter
19   to and including **MAY 18, 2006**.  The case management conference is hereby **CONTINUED**
20   to **JUNE 8, 2006, AT 11:00 A.M.**  All initial disclosures deadlines are extended accordingly.
21   Please file a joint case management statement by **JUNE 1, 2006**.
22        **PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.**
23
24        **IT IS SO ORDERED.**
25
26   Dated:  April 24, 2006.                     _____
27                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE
28